In the Matter of Maxwell Grossbard, Petitioner, v. Board of Regents of the University of the State of New York, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.